UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIN H. MORGAN,

                          Plaintiff,

       v.

LAURA WILLETT, et al.,

                          Defendant.

CASE NO. 2:22-cv-00989-MJP-BAT

**REPORT AND
RECOMMENDATION**

       On July 16, 2022, King County Jail inmate, Erin H. Morgan, submitted a *pro se* complaint and a deficient *in forma pauperis* (IFP) application. Dkt. 1. The Clerk sent a letter informing Plaintiff to cure the deficiency by August 19, 2022, or the complaint would be dismissed. Dkt. 3. Plaintiff, has not, as of this date, paid the filing fee or cured the deficient IFP application. The Court therefore recommends this action be **DISMISSED** without prejudice.

       This Report and Recommendation is not an appealable order. Plaintiff should thus not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

       Any objection to this report may be filed by **September 6, 2022.**  The Clerk shall note the matter for **September 9, 2022**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

REPORT AND RECOMMENDATION - 1

DATED this 22nd day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge