UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN H. MORGAN, | CASE NO. 22-989 MJP-BAT |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| LAURA WILLETT, et al., | |
| Defendant. | |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is DISMISSED without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 19, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 1